No. 9864. STATE OF MONTANA ex rel. CASCADE COUNTY, a Political Subdivision of the State of Montana, et al., RELATORS, v. The STATE BOARD OF EQUALIZATION of the State of Montana et al., RESPONDENTS.

316 Pac. (2d) 564.

Decided October 21, 1957.

R. V. Bottomly, Co. Atty., Patrick J. Gilfeather, Dep. Co. Atty., Great Falls, for Relator.

Per Curiam.

The petition for a writ of mandamus or other appropriate

writ having failed to receive a majority of the court, it is therefore denied.